UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

BRADFORD PAUL STORTI,

        Defendant.
_____/

Case No. 2:22-mj-9

Hon. Maarten Vermaat
U.S. Magistrate Judge

## ORDER OF DETENTION

Defendant Bradford Paul Storti appeared before the undersigned on March 3, 2022 for an initial appearance on a complaint charging him with possession of child pornography. Storti was advised of his rights, the charges and penalties, and was appointed counsel.

The Government has moved for detention of Defendant and a hearing on that motion was scheduled on March 7, 2022. Defense counsel was unable to appear at that hearing.

Defense counsel has advised this Court that Defendant will not oppose the Government's detention motion and reserves the right to request a hearing at a later time.

Defendant will remain detained pending further proceedings.

IT IS ORDERED.

Date:   March 8, 2022                  /s/ *Maarten Vermaat*
                                                     MAARTEN VERMAAT
                                                     U.S. MAGISTRATE JUDGE